Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

LTL ATTORNEYS LLP
Lauren Sliger (Bar No. 213880)
lauren.sliger@ltlattorneys.com
Heather Auyang (Bar No. 191776)
heather.auyang@ltlattorneys.com
Roozbeh Gorgin (Bar No. 276066)
roozbeh.gorgin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

*Attorneys for Defendant*
*Ushio America, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**,<br><br>                    Plaintiff,<br><br>    v.<br><br>**USHIO AMERICA, INC.,**<br><br>                    Defendant. | **CIVIL ACTION NO. 3:15-cv-05490-SI**<br><br>**JOINT STIPULATION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL**<br><br>**JURY TRAIL DEMANDED** |

# JOINT STIPULATION FOR ENTRY OF AN ORDER REFLECTING THE STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant Ushio America, Inc. ("Ushio") by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. Bluestone's claims in this action are dismissed with prejudice.
2. Ushio's counterclaims in this action are dismissed without prejudice.
3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

Dated: June 14, 2016

**NI, WANG & MASSAND, PLLC**

By: /s/ *Hao Ni*
Hao Ni
*Attorney for Plaintiff Bluestone Innovations LLC*

Dated: June 14, 2016

**LTL ATTORNEYS LLP**

By: */s/ Lauren Sliger*
Lauren Sliger
Heather Auyang
Roozbeh Gorgin
*Attorneys for Defendant Ushio America, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Hao Ni, attest that concurrence in the filing of this document has been obtained.

Dated: June 14, 2016                              */s/ Hao Ni*
                                                               Hao Ni