IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br>       Plaintiff, <br><br>   v. <br><br> **USHIO AMERICA, INC.,** <br><br>       Defendant. | **CIVIL ACTION NO. 3:15-cv-05490-SI** <br><br> **ORDER** |

### ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant Ushio America, Inc., ("Ushio") parties to this legal action, by and through their attorneys, jointly filed a stipulation for an entry of an order approving their stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Bluestone's claims in this action are dismissed with prejudice;
2. Ushio's counterclaims in this action are dismissed without prejudice; and
3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

Signed this __15th__ day of June, 2016.

_____
Hon. Susan Illston
United States District Judge